TOTAL SEAL, INC., Plaintiff–
Appellant,

v.

PERFORMANCE MOTORSPORTS,
INC. (doing business as PMI Perform-
ance Motorsports, PMI, and JE Pis-
tons) and JE Pistons, Inc., Defen-
dants–Appellees,

and

Jane Does I–X, John Does I–
X, and XYZ Companies
I–X, Defendants.

No. 2010–1043.

United States Court of Appeals,
Federal Circuit.

Nov. 20, 2009.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).